# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TEDDY GLEN BOSTIC SENIOR,**

          **Plaintiff,**

   **v.**

**JEANETTE ARLENE DAVIS, et al.,**

     **Defendants.**

Case No. 2:15-cv-3029

**JUDGE GREGORY L. FROST**

**Magistrate Judge Terence P. Kemp**

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's Report and Recommendation ("R&R") dated February 29, 2016. (ECF No. 3.) In that filing, the Magistrate Judge recommended that the Court dismiss Plaintiff's complaint under 28 U.S.C. § 1915(e)(2) with leave to amend. Plaintiff did not object to the R&R; however, he filed an amended complaint within thirty days of the R&R.

The amended complaint moots the R&R. The Court **DIRECTS** the Clerk to remove the R&R from the Court's list of pending filings. (ECF No. 3.)

The R&R states: "[The] amended complaint, like the present one, will . . . be reviewed to see if it is sufficient to state a claim before the Court will order that it be served on the defendants." (ECF No. 3, at PAGEID # 30.) The Court accordingly **DIRECTS** the Magistrate Judge to conduct an initial screen of Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2) and issue a report and recommendation.

    **IT IS SO ORDERED**.

                              **/s/ Gregory L. Frost**
                              **GREGORY L. FROST**
                              **UNITED STATES DISTRICT JUDGE**